IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CURTIS LEE PRITCHETT, #290 168,   )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )    CASE NO. 2:21-CV-620-WHA-SRW
                                   )
RODRICK PARHAM, et al.,            )
                                   )
    Defendants.                    )

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered

on March 11, 2022. Doc. 9.  There being no timely objections filed to the Recommendation,

and after an independent review of the file, the Recommendation is ADOPTED, and it is

hereby

    ORDERED that this case is DISMISSED without prejudice.

    Final Judgment will be entered separately.

    Done, this 7th day of April 2022.


                /s/   W. Harold Albritton
                W. HAROLD ALBRITTON
                SENIOR UNITED STATES DISTRICT JUDGE