IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2022 APR 18 P 1:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CURTIS L. PRITCHETT,

    PLAINTIFF,

VS.                                 CASE NO: 2:21-CV-620-WHA-SRW [WO]

RODRICK PARHAM, et. al.,

    DEFENDANTS.

## AMENDMENT AS ORDERED

## BY THE COURT

### COUNT II

Plainfiff, Curtis Lee Pritchett [herein after "Pritchett"], on or about March 2021, was housed at the Alabama Department of Corrections [herein after "ADOC"] Bullock Correctional Facility [herein after "Bullock Unit"] sleeping in Dorm C3 on bed 16B. Count time was called on this day and Defendants Officer Rodrick Parham [herein after "Parham"] and Officers John Doe entered the unit.

Pritchett was on the unit's wall phone talking to his wife and the normal procedure/rule when an inmate is on the institutional phone he is counted while remaining on the phone. Pritchett asked Defendant Parham could he remain

-1-

on the phone, and the request went un-answered, therefore, Pritchett kept talking to his wife as if there was no objection to his request.

The counting officers began to do the institutional dorm count, and Officer Parham stopped the count and falsely stated to Pritchett, "didn't I tell you to get off the phone!"

Pritchett in-kind told Officer Parham no he did not, but he had no objections to getting off the phone. The other inmates in the dorm started to hollar at Officer Parham that he was wrong, demanding that Pritchett get off the phone as it was the weekend. Pritchett responded to the other inmates to stop the complaining so that the officers could complete their count and leave.

There upon Officer Parham threaten Pritchett that if he kept talking he would move him out of the dorm that night. Pritchett replied in-kind so what I can sleep anywhere in the prison. Officer Parham then instructed Pritchett to get on the floor and then handcuffed him and told him he had earned himself a write-up... to stand by the wall phone. Pritchett complied with the defendant's order and while handcuffed Officer Parham punched Pritchett on the left side of his face, then hit him again with full force with his closed fist. Pritchett fell to the floor and Officer Parham began to kick him in the face, chest, and over the rest of his body.

At this point Pritchett was helpless, he had been beaten and Inmate Justin Long jumped off his bunk and pushed Officer Parham off Pritchett and told him that was enough, you did not have to do Pritchett like that, he was

-2-

handcuffed, defenseless, and heathless. Inmate Justin Long helped Pritchett up off the floor and told him to run to the Shift Office and tell Lt. Clemson what Officer Parham had done to him. Lt. Clemson did nothing, Pritchett was written two disciplinaries, and punished for no reason.

Finally, Warden Lamar got involved and reviewed the cameras and substaniated that Officer Parham violated Pritchett 8th and 14th Amendment Rights provided by the United States Constitution against excessive force and fired Officer Parham.

## RELIEF

1. Pritchett demands compensatory damages in the amount of $350,000.00 dollars.

2. Pritchett demands punitive damages in the amount of $1,000,000.00 dollars.

3. Pritchett demands a total judgement in the amount of $1,350,000.00 dollars.

*Curtis Pritchett*

Curtis  L.  Pritchett

#290168     E1-13B

200 Wallace Drive

Clio, Alabama 36017

Curtis Lee Pritchett #290168 EF-13B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Clerk's Office
Debra P. Hackett, Clerk
Frank M Johnson Jr. U.S. Courthouse Complex
1 Church St, Ste. B110
Montgomery, AL 36104

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36017
02 7H
0001310127
$ 000.73⁰
APR 15 2022

3610484018 C039